IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REBECCA LEARY, derivatively on behalf of BENEFYTT TECHNOLOGIES INC., formerly known as HEALTH INSURANCE INNOVATIONS, INC.,<br><br>Plaintiff,<br>v.<br><br>PAUL E. AVERY, ANTHONY J. BARKETT, ELLEN M. DUFFIELD, JOHN A. FICHTHORN, PAUL G. GABOS, MICHAEL D. HERSHBERGER, MICHAEL W. KOSLOSKE, PATRICK R. MCNAMEE, ROBERT S. MURLEY, PEGGY B. SCOTT, GAVIN D. SOUTHWELL, BRUCE A. TELKAMP and SHELDON WANG,<br><br>Defendants,<br>and<br><br>BENEFYTT TECHNOLOGIES INC., formerly known as HEALTH INSURANCE INNOVATIONS, INC.,<br><br>Nominal Defendant. | Case No. _____<br><br>**JURY TRIAL DEMANDED** |

## MOTION FOR LEAVE TO FILE COMPLAINT UNDER SEAL

Plaintiff Rebecca Leary ("Plaintiff") moves for an order permitting the filing of the Complaint in this action under seal. The grounds for this motion are as follows:

This is an action asserting derivative claims on behalf of nominal defendant Benefytt Technologies Inc. (the "Company"), formerly known as Health Insurance Innovations Inc. The Plaintiff is a stockholder of the Company and through this action brings claims against certain of the Company's current and former directors and officers ("Defendants") arising from those

{01564460;v1 }

individuals' alleged insider trading, violations of the securities laws and/or related breaches of fiduciary duty.

Prior to filing this action, the Plaintiff made a demand for books and records of the Company pursuant to 8 *Del. C.* § 220.  The Company agreed to produced certain of the requested books and records, conditioned on the Plaintiff's entry into a Confidentiality and Non-Disclosure Agreement ("NDA").  Pursuant to the NDA, the Company was permitted to—and did—designate information within the books and records production as "Confidential Inspection Material," defined as "confidential, non-public documents and information."  Additionally, the NDA provides that any Confidential Inspection Material used in any complaint shall be initially filed under seal.

A substantial amount of information cited and relied upon in the Complaint is drawn from the books and records production, and specifically from documents that were designated Confidential Inspection Material by the Company pursuant to the NDA.  Among other things, these documents include minutes of meetings of the Company's board of directors and sensitive regulatory information.  Accordingly, the Plaintiff is obligated to initially file such information under seal.  To the best of the Plaintiff's knowledge, none of this information is publicly available.

With this motion, Plaintiff is submitting a public version of the Complaint that redacts confidential text.  Additionally, Plaintiff is submitting an unredacted version of the Complaint that it wishes to file under seal.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this motion to file the Complaint under seal.

Dated:  May 15, 2020 **ASHBY & GEDDES, P.A.**

*/s/ F. Troupe Mickler IV*
Stephen E. Jenkins (#2152)
F. Troupe Mickler IV (#5361)
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
(302) 654-1888
sjenkins@ashbygeddes.com
tmickler@ashbygeddes.com

**LEVI & KORSINSKY, LLP**
Gregory Mark Nespole
Daniel Tepper
55 Broadway, 10th Floor
New York, NY 10006
(212) 363-7500
gnespole@zlk.com
dtepper@zlk.com

*Counsel to Plaintiff Rebecca Leary*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REBECCA LEARY, derivatively on behalf of BENEFYTT TECHNOLOGIES INC., formerly known as HEALTH INSURANCE INNOVATIONS, INC., <br><br> Plaintiff, <br> v. <br><br> PAUL E. AVERY, ANTHONY J. BARKETT, ELLEN M. DUFFIELD, JOHN A. FICHTHORN, PAUL G. GABOS, MICHAEL D. HERSHBERGER, MICHAEL W. KOSLOSKE, PATRICK R. MCNAMEE, ROBERT S. MURLEY, PEGGY B. SCOTT, GAVIN D. SOUTHWELL, BRUCE A. TELKAMP and SHELDON WANG, <br><br> Defendants, <br> and <br><br> BENEFYTT TECHNOLOGIES INC., formerly known as HEALTH INSURANCE INNOVATIONS, INC., <br><br> Nominal Defendant. | Case No. _____ |

## **ORDER**

This \_\_\_\_\_ day of May, 2020, Plaintiff Rebecca Leary having moved for leave to file the Complaint in this action under seal, Plaintiff having submitted a redacted version of the Complaint for filing on the publicly-available docket of this Court and an unredacted version of the Complaint for filing under seal, and the Court having determined that good grounds exist for the requested relief; now, therefore,

IT IS HEREBY ORDERED that Plaintiff's motion for leave to file the Complaint under to seal is GRANTED.

{01564460;v1 }

 

_____
United States District Judge